IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DIANNE BOND,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 04-0457-WS-C |
| | ) |
| **MONROE COUNTY BOARD OF EDUCATION,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

On this date, plaintiff's counsel and defendants' counsel notified the undersigned's staff that a final settlement of all claims in this case has been reached and approved by the Monroe County Board of Education, and that the parties are presently finalizing the settlement documentation and transmittal of funds.  Based on these representations, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may reinstate the action within 30 (thirty) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his, her or its own costs, unless otherwise agreed by the parties.

**DONE** and **ORDERED** this 16th day of February, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE